UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES CALVIN MOORE,       )
                            )
        Plaintiff           )
                            )
    vs.                     )    Case No.  2:08-cv-02087-KOB-HGD
                            )
FRANK BUTLER POTTS and      )
JAMES AMOS WILBANKS,        )
                            )
        Defendants          )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 7, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted under federal law. The plaintiff filed objections to the report and recommendation on May 15, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is

due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted under federal law.  A Final Judgment will be entered.

DATED this 12th day of June, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE